UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

IN THE MATTER OF:

| | | |
|---|---|---|
| MICHAEL J. SWEENEY, | ) | NO.: 15-1966 |
| | ) | |
| Claimant/Respondent | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CONSOL ENERGY, INC., | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| | ) | |
| Respondent | ) | |

### MOTION FOR APPROVAL OF A REPRESENTATIVE'S FEE FOR LEGAL SERVICES PERFORMED ON BEHALF OF MICHAEL J. SWEENEY, CLAIMANT/RESPONDENT

Heath M. Long, Esquire, legal counsel for the Claimant/Respondent, Michael J. Sweeney, hereinafter referred to as Claimant, respectfully requests that Your Honorable Court approve this Motion for legal services performed on his behalf.

1. Counsel has received Judgment filed May 2, 2016, from the United States Court of Appeals for the Third Circuit denying Petition for Review.

2. Counsel has represented Claimant throughout his pursuit of federal black lung benefits.

3. Attached hereto is a complete, itemized statement of the necessary work performed on behalf of Claimant reflecting 17.25 hours totaling $5,087.50.

4. Counsel's customary billing rate in federal black lung cases for services performed after January 1, 2014, is $275 per hour and after August 1, 2015, is $300 per hour.

5. Counsel has not received any fees for services performed on behalf of Claimant in pursuit of his claim for federal black lung benefits.

6. Counsel has contacted counsel for Consol Energy, Inc. who indicated he has no objection to this Motion. Counsel received no response from the Director in regard to this Motion.

7. A copy of this Motion together with all documents attached thereto has been provided to Claimant and all interested parties as appears on the Certificate of Service.

WHEREFORE, in light of the circumstances outlined above, Counsel respectfully requests that Your Honorable Court approve his Motion for Approval of a Representative's Fee for Legal Services Performed on Behalf of Michael J. Sweeney, Claimant/Respondent.

    Respectfully submitted,

    /s/ Heath M. Long
    Pawlowski, Bilonick & Long
    P.O. Box 658
    Ebensburg, PA  15931
    (814)472-7046
    Counsel for Claimant/Respondent

| DATE | SERVICES RENDERED | TIME |
|---|---|---|
| 4/17/2015 | Receipt and review, in conjunction with file, of Petition for Review of the Decision and Order of the Benefits Review Board from Margaret M. Scully, Esquire | .25 |
| 4/20/2015 | Receipt and review, in conjunction with file, of correspondence from Marcia M. Waldron, Clerk | .25 |
| 4/21/2015 | Receipt and review, in conjunction with file, of Order | .25 |
| 4/21/2015 | Receipt and review, in conjunction with file, of Entry of Appearance from Margaret M. Scully, Esquire | .25 |
| 4/21/2015 | Receipt and review, in conjunction with file, of Petitioner, Consol Energy, Inc's. Motion to Amend Caption in its Petition for Review. | .25 |
| 4/21/2015 | Preparation, in conjunction with file, of Entry of Appearance by Heath M. Long, Esquire | .25 |
| 5/5/2015 | Receipt and review, in conjunction with file, of Docketing Statement and Corporate Disclosure Statement and Statement of Financial Interest from Margaret M. Scully, Esquire | .25 |
| 5/12/2015 | Receipt and review, in conjunction with file, of Entry of Appearance from Jonathan P. Rolfe, Esquire | .25 |
| 5/18/2015 | Receipt and review, in conjunction with file, of Order granting Motion by Petitioner to Amend the Caption | .25 |
| 6/5/2015 | Receipt and review, in conjunction with file, of correspondence from the Benefits Review Board | .25 |
| 6/24/2015 | Receipt and review, in conjunction with file, of Entry of Appearance from Paul E. Sutter, Esquire | .25 |
| 6/24/2015 | Receipt and review, in conjunction with file, of Motion to Withdraw Appearance As Counsel for Petitioner from Margaret M. Scully, Esquire | .25 |
| 7/9/2015 | Receipt and review, in conjunction with file, of Entry of Appearance from Gary K. Stearman, Esquire | .25 |
| 7/10/2015 | Receipt and review, in conjunction with file, of Entry of Appearance from Rita A. Roppolo, Esquire | .25 |
| 8/10/2015 | Receipt and review, in conjunction with file, of Briefing and Scheduling Order and Standing Order Regarding Motions to Exceed the Page Limitations of the Federal Rules of Appellate Procedure | .25 |
| 8/24/2015 | Receipt and review, in conjunction with file, of correspondence from Paul E. Sutter, Esquire | .25 |

| DATE | SERVICES RENDERED | TIME |
|---|---|---|
| 8/28/2015 | Receipt and review, in conjunction with file, of Entry of Appearance from Norman A. Coliane, Esquire | .25 |
| 9/16/2015 | Receipt and review, in conjunction with file, of Petitioner Consol Energy, Inc.'s Motion for Extension of Time to File Petitioner's Brief and Appendix from Norman A. Coliane, Esquire | .25 |
| 9/21/2015 | Receipt and review, in conjunction with file, of Brief of Petitioner and Appendix, from Norman A. Coliane, Esquire | 1.00 |
| 9/23/2015 | Receipt and review, in conjunction with file, of correspondence from Marcia M. Waldron, Clerk | .25 |
| 10/16/2015 | Receipt and review, in conjunction with file, of Federal Respondent's Unopposed Motion for Enlargement of Time to File His Response Brief from Rita A. Roppolo, Esquire | .25 |
| 10/19/2015 | Review of file, research and preparation of Brief of Claimant/Respondent | 4.75 |
| 10/20/2015 | Review and revisions to Brief of Claimant/Respondent | 2.00 |
| 10/21/2015 | Final draft of Brief of Claimant/Respondent | 1.00 |
| 11/19/2015 | Receipt and review, in conjunction with file, of Brief for the Federal Respondent from Rita A. Roppolo, Esquire | 1.00 |
| 11/20/2015 | Receipt and review, in conjunction with file, of Order | .25 |
| 11/23/2015 | Receipt and review, in conjunction with file, of Addendum to the Director's Response Brief from Rita A. Roppolo, Esquire | .25 |
| 12/11/2015 | Receipt and review, in conjunction with file, of correspondence regarding oral argument from Marcia M. Waldron, Clerk | .25 |
| 12/17/2015 | Receipt and review, in conjunction with file, of Acknowledgment and Designation of Arguing Counsel from Norman A. Coliane, Esquire and Rita Roppolo, Esquire | .25 |
| 12/17/2015 | Preparation, in conjunction with file, of Acknowledgment and Designation of Arguing Counsel by Heath M. Long, Esquire | .25 |
| 1/8/2016 | Receipt and review, in conjunction with file, of Entry of Appearance from Rebecca J. Fiebig, Esquire | .25 |
| 1/12/2016 | Receipt and review, in conjunction with file, of Acknowledgment and Designation of Arguing Counsel from Rebecca J. Fiebig, Esquire | |
| 1/26/2016 | Receipt and review, in conjunction with file, of correspondence from Marcia M. Waldron, Clerk advising there will be no oral argument | .25 |

| **DATE** | **SERVICES RENDERED** | **TIME** |
|---|---|---|
| 5/2/2016 | Receipt and review, in conjunction with file, of Judgment, Entry of Judgment and Opinion | .50 |

**3.50 hours @ $275 per hour = $962.50**
**13.75 hours @ $300 per hour = $4,125.00**

# CERTIFICATE OF SERVICE

I, Heath M. Long, do hereby certify that I served the **Motion for Approval of a Representative's Fee for Legal Services Performed on Behalf of Charles Morris, Claimant/Respondent** upon the following this 26th day of May, 2016:

*Electronic Delivery:*

    Marcia M. Waldron, Clerk
    United States Court of Appeals for the Third Circuit
    21400 United States Courthouse
    601 Marker Street
    Philadelphia, PA 19106-1790

    Norman A. Coliane, Esquire
    Thompson, Calkins & Sutter
    850 Ridge Avenue, Suite 300
    Pittsburgh, PA 15212

    Rita A. Roppolo, Esquire
    U.S. Department of Labor
    Office of the Solicitor
    200 Constitution Avenue, NW, N-2119
    Washington, DC 20210

*First Class Mail:*

    Mr. Michael J. Sweeney
    21 Mayflower Drive
    Uniontown, PA 15401

    Respectfully submitted,

    /s/ Heath M. Long
    Heath M. Long, Esquire
    PAWLOWSKI, BILONICK & LONG
    Counsel for Respondent