UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 15-1966

Consol Energy, Inc., Petitioner

v.

Michael J. Sweeney, et al, Respondents

(Agency No. 14-0078BLA)

Present:     FUENTES, KRAUSE and ROTH, Circuit Judges

1. Motion by Respondent, Michael Sweeney, for Attorney's Fees in the amount of $5,087.50

Respectfully,
Clerk/slc

_____ORDER_____

Following our review of the motion for attorney's fees and supporting affidavit of service, we determine the reasonable services to be $3,820. Respondent's motion for attorney's fees in the amount of $5,087.50 is therefore denied as presented and counsel shall be compensated in the amount here indicated.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated:      July 18, 2016
SLC/cc:    Counsel of Record